IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STEVEN WOODWARD<br><br>　　　　　　　Defendant. | 4:24CR3079<br><br>ORDER |

　　　　Defendant filed a Notice of Appeal (Filing No. 64) on October 27, 2025, but failed to pay the appellate filing and docket fees. Defendant also filed a motion seeking appointment of counsel for purposes of appeal. (Filing No. 65.) Before the Court can determine whether Defendant should be permitted to proceed without payment of the filing and docket fees, or is entitled to appointed counsel for purposes of appeal, Defendant must submit a financial affidavit.  The Clerk of Court will be directed to send Defendant the necessary form.

　　　　Accordingly,

　　　　**IT IS ORDERED:**

　　　　1.　　　Defendant shall either pay the appellate filing fee, or submit an application to proceed in forma pauperis, which includes submission of a financial affidavit.  Defendant shall do so within 30 days of this Order.

　　　　2.　　　Within 30 days of this Order, Defendant shall also submit a financial affidavit so the Court can determine whether he is entitled to appointed counsel.

3.      The Clerk of Court is directed to send Defendant a copy of the form application to proceed in forma pauperis, along with a copy of this Order.

Dated this 28th day of October, 2025.

BY THE COURT:

*Susan M Bazis*

Susan M. Bazis
United States District Judge

2